### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**WILLIAM DANIELS** | **Case No.: 4:20-CR-00013-CDL-MSH-1** |

### ORDER ON MOTION FOR CONTINUANCE

Defendant **William Daniels** has moved the Court to continue the pre-trial hearing of his case, presently scheduled for August 6, 2020.  The Government does not oppose this motion.  Defendant was arraigned on July 8, 2020.   Additional time is needed because of the restrictions caused by COVID-19 pandemic and the protocols necessary counsel needs additional time for in-person meetings with the defendant, field investigation, research and to discuss the government's case in chief with Mr. Daniels.   The Court finds that it is in the interests of justice to allow the parties to complete investigation and to explore possible plea negotiations and that these interests outweigh the interest of Defendant and the public in a speedy trial.   Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.   Accordingly, Defendant's Motion for Continuance [Doc. 22] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's next trial calendar, which begins January, 2021.   The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this 24th day of July, 2020.

                                            S/Clay D. Land_____
                                            HONORABLE CLAY D. LAND
                                            UNITED STATES DISTRICT COURT